1 | KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2 | FIEL D. TIGNO, State Bar No. 161195
Supervising Deputy Attorney General
3 | MICHAEL D. GOWE, State Bar No. 226989
Deputy Attorney General
4 | 1515 Clay Street, 20th Floor
P.O. Box 70550
5 | Oakland, CA 94612-0550
Telephone: (510) 622-2201
6 | Fax: (510) 622-2121
E-mail: Michael.Gowe@doj.ca.gov
7 | *Attorneys for Defendant*

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13 | **CHRISTINA P. VALERO,**                C-12-4744-TEH

14 |                          Plaintiff,

15 |           v.                           **[Proposed] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION**

16 | **SAN FRANCISCO STATE UNIVERSITY et al.,**

17 |                                         Date:       March 24, 2014
                                            Time:       10:00 a.m.
18 |                          Defendants.    Dept:       2
                                            Judge:      The Honorable Thelton E. Henderson
19 |
                                            Trial Date: May 13, 2014
20 |                                         **Action Filed: August 20, 2012**

21

22

23

24

25

26

27

28

1 | The motion of Defendant Board of Trustees of California State University, which is the
2 | State of California acting in its higher education capacity (erroneously sued as "San Francisco
3 | State University"), for summary judgment came on regularly for hearing before this Court on
4 | March 24, 2014, and Michael Gowe appeared as attorney for the defendant and Richard Rogers
5 | appeared as attorney for Plaintiff Christine Valero.

After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED THAT the motion for summary judgment is GRANTED.

Dated: March ___, 2014

Hon. Thelton E. Henderson,
Judge, United States District Court

OK2012901006
Proposed Order.doc

1